Lorraine P. Ocheltree (SBN 151791)
Allegra A. Jones (SBN 236518)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:  lpocheltree@duanemorris.com
         aajones@duanemorris.com

Attorneys for Defendant
GEVITY HR, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL FIELD, individually and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN MORTGAGE EXPRESS CORP., a Pennsylvania Corporation and GEVITY HR, INC., a Florida Corporation,<br><br>Defendants. | Case No.: C-09-01430 JCS<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GEVITY HR, INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES** |

1    WHEREAS, on or about April 1, 2009, Plaintiff and Purported Class Representative Marshall Field ("Plaintiff") filed a Complaint for Damages against Defendants American Mortgage Express Corp. and Gevity HR, Inc. ("Gevity");

WHEREAS, on or about April 10, 2009, before Defendant Gevity responded to the Complaint, Plaintiff filed a First Amended Class Action Complaint For Damages against Defendants American Mortgage Express Corp. and Gevity ("First Amended Complaint");

WHEREAS, a response to the First Amended Complaint would be due June 12, 2009 without an extension of time;

WHEREAS, Plaintiff has agreed to extend the deadline for Gevity to respond to Plaintiff's First Amended Complaint up to and including June 19, 2009;

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Gevity, pursuant to Civil L.R. 6-1(a), that Gevity will have up to and including June 19, 2009, to answer and/or otherwise respond to Plaintiff's First Amended Complaint.

Dated: June 12, 2009            **DUANE MORRIS LLP**

By: /s/ LORRAINE P. OCHELTREE
Lorraine P. Ocheltree
Allegra A. Jones
Attorneys for Defendant
GEVITY HR, INC.

Dated: June 12, 2009            **CORNERSTONE LAW GROUP**

By: /s/Harry G. Lewis
Harry G. Lewis
Gordon W. Renneisen
Christina S. Park
Attorneys for Plaintiff
MARSHALL FIELD

Dated: June 15, 2009

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DM2\1948275.1                               2
JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT GEVITY TO RESPOND TO PLAINTIFF'S
FIRST AMENDED CLASS ACTION COMPLAINT FOR DAMAGES