1 | Lorraine P. Ocheltree (SBN 151791)
  | Allegra A. Jones (SBN 236518)
2 | **DUANE MORRIS LLP**
  | One Market, Spear Tower, Suite 2000
3 | San Francisco, CA 94105-1104
  | Telephone: 415.957.3000
4 | Facsimile: 415.957.3001
  | E-Mail:   lpocheltree@duanemorris.com
5 |           aajones@duanemorris.com

6 | Eric P. Berezin (Admitted *Pro Hac Vice*)
  | **DUANE MORRIS LLP**
7 | Atlantic Center Plaza
  | 1180 West Peachtree Street NW, Suite 700
8 | Atlanta, GA 30309-3448
  | Telephone: 404.253.6900
9 | Facsimile: 404.253.6901
  | E-Mail:   epberezin@duanemorris.com
10

11
   | Attorneys for Defendant
12 | GEVITY HR, INC.

13 | IN THE UNITED STATES DISTRICT COURT

14 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | MARSHALL FIELD, individually and on behalf of all other similarly situated persons, | Case No.: C-09-01430 ~~JCS~~ **MHP**
17 | Plaintiffs, | **JOINT STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION PROCEEDINGS AND (~~PROPOSED~~) ORDER THEREON**
18 |
19 | v.
20 | AMERICAN MORTGAGE EXPRESS CORP., a Pennsylvania Corporation and GEVITY HR, INC., a Florida Corporation,
21 | Defendants.
22

23 |     Defendant Gevity HR, Inc. and Plaintiff Marshall Field (hereinafter, the "Parties"), by and
24 | through their undersigned counsel, hereby enter into the following Stipulation:
25 |     WHEREAS, on September 28, 2009, the Court entered an order setting the Early Neutral
26 | Evaluation ("ENE") Hearing for November 9, 2009 at 10:00 A.M. at the Evaluator's offices located
27 | at 351 California Street, Suite 700, San Francisco, CA, with the Parties' written ENE statements to
28

DM1\1909752.1

JOINT STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION PROCEEDINGS

1 | be due on November 2, 2009;

2 | WHEREAS, this action is not yet at issue because the Court granted the Defendant's motion to dismiss and the Plaintiff intends to file a Second Amended Complaint;

NOW, THEREFORE, in order to allow more time for discovery once there is an operative complaint in this action, the Parties stipulate to vacate the current ENE Hearing date of November 9, 2009, and to reschedule it on or before December 18, 2009, with the Parties' written ENE statements to be due one week prior to the rescheduled ENE Hearing date.

Dated: October 16, 2009            **DUANE MORRIS LLP**

By:     /s/ Allegra A. Jones
Lorraine P. Ocheltree
Allegra A. Jones
Attorneys for Defendant
GEVITY HR, INC.

Dated: October 16, 2009            **CORNERSTONE LAW GROUP**

By:   /s/ Harry G. Lewis
Harry G. Lewis
Julia Marquis
Gordon W. Renneisen
Christina S. Park
Attorneys for Plaintiff
MARSHALL FIELD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The ENE Hearing currently set for November 9, 2009 is vacated and shall be reset on or before December 18, 2009.  The Parties' are directed to notify the Court once a new date for the ENE has been set.

Dated: October  19 , 2009

Judge Marilyn H. Patel
Northern District of California

IT IS SO ORDERED
Judge Marilyn H. Patel

DM1\1909752.1                                  2
JOINT STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION PROCEEDINGS

<u>GENERAL ORDER 45 CERTIFICATION</u>

I, Allegra A. Jones, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 16, 2009  **DUANE MORRIS LLP**

By:  /s/ Allegra A. Jones
Lorraine P. Ocheltree
Allegra A. Jones
Attorneys for Defendant
GEVITY HR, INC.